Tyler Meade (160838)
　*tyler@meadefirm.com*
THE MEADE FIRM p.c.
12 Funston Ave., Suite A
San Francisco, CA 94129
Tel. (415) 724-9600
Fax (415) 510-2544

Tibor L. Nagy
　*tibor@dnfllp*
DONTZIN NAGY & FLEISSIG LLP
980 Madison Avenue
New York, New York 10075
Tel. (212) 717-2900

*Attorneys for Plaintiff*
*Lynn Schoenmann, Trustee for the*
*Chapter 7 Bankruptcy Estate of Peter R. Fader*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>　Peter R. Fader<br>　　*dba* Urchin Capital Partners<br>　　*dba* Urchin Partners LLC,<br>　　　Debtor. | Bankruptcy Case No. 08-30119<br><br>Chapter 7 |
| E. LYNN SCHOENMANN, TRUSTEE FOR THE CHAPTER 7 BANKRUPTCY ESTATE OF PETER R. FADER,<br>　　　Plaintiff,<br>　　v.<br>STEVEN R. BOAL; QUOTIENT TECHNOLOGY, INC., a Delaware corporation; and DOES 1 through 10,<br>　　　Defendants. | Adversary Proceeding No. 20-03007<br><br>**STIPULATION OF DISMISSAL OF ENTIRE ACTION PURSUANT TO SETTLEMENT**<br><br>Judge: Hon. Dennis Montali<br>Dept.: Courtroom 17 |

-1-　　　　　　　　　　　　　　　Case No. 20-AP-03007
STIPULATION OF DISMISSAL OF ENTIRE ACTION PURSUANT TO SETTLEMENT

IT IS HEREBY STIPULATED by and between the parties that this action be and hereby is dismissed in its entirety with prejudice as to all named defendants with each party to bear his or its own fees and costs. This stipulation is filed pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

SO STIPULATED.

DATED: June 20, 2023

DONTZIN NAGY & FLEISSIG LLP
THE MEADE FIRM p.c.

By: _/s/ Tyler Meade_____
Tyler Meade
*Attorneys for Plaintiff*
*Lynn Schoenmann, Trustee for the Chapter 7 Bankruptcy Estate of Peter R. Fader*

DATED: June 20, 2023

KEKER, VAN NEST & PETERS, LLP

By: _/s/ Brook Dooley_____
Brook Dooley
*Attorneys for Defendant*
*Steven Boal*

DATED: June 20, 2023

Cooley LLP

By: _/s/ Matt Caplan_____
Matt Caplan
*Attorneys for Dismissed Defendant*
*Quotient Technology, Inc.*